UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

ABEL CUELLAR LOPEZ, ET AL

vs.                                         Case No.: 2:24-cv-00046-AM

JUAN MALDONADO, ET AL

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __CHAD MATTHEWS__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __ABEL CUELLAR LOPEZ, ET AL__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __MATTHEWS & FORESTER__ with offices at:

   Mailing address: __3027 MARINA BAY DRIVE, SUITE 320__

   City, State, Zip Code: __LEAGUE CITY, TX 77573__

   Telephone: __281-535-3000__   Facsimile: __281-535-3010__

2. Since __1993__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __TEXAS__.

   Applicant's bar license number is __00787980__.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | SOUTHERN DISTRICT OF TEXAS | 1994 |
   |  |  |
   |  |  |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A.

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 5:23-cv-00498-XR     on the 25 day of APRIL, 2024.

Number: 4:14-cv-00089-RAJ    on the 15 day of DECEMBER, 2014.

Number: 1:02-cv-00010-SS     on the 28 day of FEBRUARY, 2002.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: KELLY FORESTER

Mailing address: 3027 MARINA BAY DRIVE, SUITE 320

City, State, Zip Code: LEAGUE CITY, TX 77573

Telephone: 281-535-3000

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of CHAD MATTHEWS to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

CHAD MATTHEWS
[printed name of Applicant]

C Matth
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 4 day of JUNE, 2024.

CHAD MATTHEWS
[printed name of Applicant]

C Matth
[signature of Applicant]