# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

ABEL CUELLAR LOPEZ, ET AL

vs.  Case No.: 2:24-cv-00046-AM

JUAN MALDONADO, ET AL

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by CHAD MATTHEWS, counsel for ABEL CUELLAR LOPEZ, ET AL, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and CHAD MATTHEWS may appear on behalf of ABEL CUELLAR LOPEZ, ET AL in the above case.

IT IS FURTHER ORDERED that CHAD MATTHEWS, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of JUNE _____, 20_____.

CHIEF U. S. DISTRICT JUDGE ALIA MOSES