United States District Court

Western District of Texas

Del Rio

**Deficiency Notice**

| | |
|---|---|
| To: | Matthews, Chad |
| From: | Court Operations Department, Western District of Texas |
| Date: | Tuesday, June 4, 2024 |
| Re: | 02:24-CV-00046-AM / Doc # 3 / Filed On: 06/04/2024 09:55 AM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Signature line on order must include Chief U.S. District Judge Alia Moses. Please correct and refile. This pleading will not be forward to the Chief Judge for consideration and will be terminated.