**F I L E D**

JUN 1 7 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

### THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

| | | |
|---|---|---|
| ABEL CUELLAR LOPEZ, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil No. DR-24-CV-0046-AM |
| | § | |
| JUAN MALDONADO, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Before the Court is a Motion for Admission Pro Hac Vice of attorney Chad Matthews, who seeks to enter this action on behalf of the Plaintiffs.  (ECF No. 3.)  Because Mr. Matthews is in good standing with the Bar of the State of Texas, has been admitted to practice in one other federal court, and has paid the requisite filing fee, this Motion is hereby **GRANTED**.

It is **ORDERED** that Mr. Matthews be permitted to appear before this Court pro hac vice for proceedings in this matter only.  If Mr. Matthews desires to appear in any further matter in the United States District Court for the Western District of Texas at any point in the future, he shall promptly submit his application to be admitted to the bar of this Court in the manner set forth in the Local Rules.  Finally, while representing his client in this case, Mr. Matthews shall abide by all Local Rules for the United States District Court for the Western District of Texas and shall be bound by said rules.

SIGNED and ENTERED on this _17th_ day of June, 2024.

ALIA MOSES
Chief United States District Judge