24CV 46

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage
$

Sent To: Chad Matthews
Street and Ap: Matthews & Forester
             3027 Marina Bay Drive
             Suite 320
City, State, Zi: League City, TX 77573
DR-24-CV-46 Doc. [5]

Postmark Here

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions